STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

John David Ziober
Guglielmo, Marks, Schutte
320 Somerulos Street
Baton Rouge LA 70802

John B. Scofield
Scofield, Gerard
901 Lakeshore Drive, #900
Lake Charles LA 70601

Brad M. Boudreaux
Guglielmo, Marks, Schutte
320 Somerulos Street
Baton Rouge LA 70802

Kevin Paul Fontenot
Scofield, Gerard, et al.
901 Lakeshore Drive, Suite 900
Lake Charles LA 70601

**REHEARING ACTION: July 14, 2010**

**Docket Number: 10   00041-CA**

**ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.
VERSUS
LOUIS MICHAEL TODD**

**Appealed from Calcasieu Parish Case No. 2009-3950**

**BEFORE JUDGES**:

    **Hon. John D. Saunders**
    **Hon. Jimmie C. Peters**
    **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Arthur J. Gallagher Risk Management Services, Inc.** has this

day been

    **DENIED.**
    Saunders, J., would grant the rehearing.

cc: Hunter William Lundy, Counsel for the Appellee